## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Martha Grimaldi

: Chapter 7
:
: Case No.: 18-14962
:

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly change the Debtor's address from 808 2nd Street Pike, Southampton, PA 18966 to: **600 W. County Line Road, Building 28, Unit 201, Highlands Ranch, CO 80129.**

Dated: September 25, 2018

_/s/ Brad J. Sadek_
Brad J. Sadek, Esquire
Counsel for Debtor