## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Martha Grimaldi aka Marcia Grimaldi<br>                             Debtor | CHAPTER 7 |
| Firstrust Bank<br>                             Movant<br>    vs. | NO. 18-14962 AMC |
| Martha Grimaldi aka Marcia Grimaldi<br>                             Debtor | 11 U.S.C. Section 362 |
| Bonnie B. Finkel<br>                             Trustee | |

## ORDER

AND NOW, this 19th day of Dec, 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1011 Heritage Place Unit 6 AKA 1011 Heritage Place AKA 1011 Heritage Drive, Holland, PA 18966 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                                                                             _____
                                                                                                             United States Bankruptcy Judge.